A. Howard Langert and Henry J. Gibbs, for plaintiff in error.
Deming, Jarrett & Mulfinger, for defendant in error.
Mr. Justice O'Connor delivered the opinion of the court.

Ella Fish, administratrix of the estate of Marshall Joseph Fish, deceased, appellee, v. Sterling Casualty Insurance Company, appellant. Gen. No. 38,128.

Opinion filed June 28, 1935.
Lewis D. Ross, for appellant; Reuben Freedman and Abraham Miller, of counsel. E. R. Borgmeier and A. L. Cronin, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

Oscar Heyman and Brothers, Inc., appellee, v. Hipp and Coburn Company, appellant. Gen. No. 38,138.

Opinion filed June 28, 1935. Rehearing denied July 8, 1935.
Ungaro & Sherwood, for appellant; Winston, Strawn & Shaw and Charles J. Calderini, of counsel. Sims & Stransky and Seymour Lewis, for appellee; Franklin J. Stransky and Seymour Lewis, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.

Horton Conrad, appellee, v. Consumers Company, appellant. Gen. No. 37,665.

Opinion filed June 28, 1935. Rehearing denied July 9, 1935.
Winston, Strawn & Shaw, for appellant; Harold A. Smith, Anthony L. Michel and Douglas C. Moir, of counsel. Scott, MacLeish & Falk, for appellee; John J. Yowell, of counsel.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois, plaintiff in error, v. Henry Kline, defendant in error. Gen. No. 37,779.

Opinion filed June 28, 1935.
Thomas J. Courtney, State's Attorney, for plaintiff in error; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. No appearance for defendant in error.
Mr. Presiding Justice Scanlan delivered the opinion of the court.